CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

Kishore Jayakumar
Plaintiff(s)

vs. Civil Action No. 1:24-cv-01842-ABJ

Michigan Health Clinics, P.C., et al.
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 11th day of September, 2024, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Michigan Health Clinics, P.C. was [were] (select one):

- [x] personally served with process on August 12, 2024.
- [ ] served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):________.
- [ ] served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):________.
- [x] The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: D.C. Code § 13-423.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

- [x] no extension has been given and the time for filing has expired
- [ ] although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Justin Zelikovitz
Attorney for Plaintiff(s) [signature]

DCWageLaw
519 H Street NW
Washington, DC 20001
202-803-6083
Name, Address and Telephone Number

#986001
Bar Id. Number

## CERTIFICATE OF SERVICE

I hereby certify that, on September 11, 2024, my office sent via First Class Mail a copy of the foregoing Affidavit in Support of Default to the following:

| | |
|---|---|
| ☒ U.S. Mail<br>☐ Email<br>☐ Hand Delivery<br>☐ ECF | David Stockman<br>5775 McCarthy Road<br>Saginaw, MI 48603 |
| ☒ U.S. Mail<br>☐ Email<br>☐ Hand Delivery<br>☐ ECF | Michigan Health Clinics, P.C.<br>c/o Jim Kelly Law, P.C.<br>30300 Northwestern Highway, Suite 324<br>Farmington Hills, MI 48334 |

Cesar Coello