Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JAYAKUMAR

Plaintiff(s)

Civil Action: 24-cv-01842

v.

MICHIGAN HEALTH CLINICS, P.C. et al

Defendant(s)

**RE:** MICHIGAN HEALTH CLINICS,

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 8/12/2024, and an affidavit on behalf of the plaintiff having been filed, it is this 11 day of September, 2024 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Dwight Patterson
Deputy Clerk