CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

Kishore Jayakumar
Plaintiff(s)

vs. Civil Action No. 1:24-1842

Michigan Health Clinics, P.C., et al.
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 5th day of January, 2026, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Michigan Health Clinics, P.C. was [were] (select one):

☐ personally served with process on __________.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): __________.

☑ served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): See Supplement attached.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: D.C. Code 13-423(a)(1)-(4).

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired

☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ James L. Ellison II.
Attorney for Plaintiff(s) [signature]

Ellison Sadri, LLC
2086 Generals Highway, Ste. 201
Annapolis, Maryland 21401
410-974-6000

1013008
Bar Id. Number

Name, Address and Telephone Number

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Kishore Jayakumar, | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 1:24-cv-01842-ABJ |
| Michigan Health Clinics, P.C., *et al.*, | * | |
| Defendants. | * | |

**PLAINTIFF'S SUPPLEMENT TO AFFIDAVIT IN SUPPORT OF DEFAULT**

Plaintiff, Kishore Jayakumar, by and through his attorneys, James L. Ellison II, Esq. and the law office of Ellison Sadri, LLC, pursuant to Fed. R. Civ. P. 55(a), hereby files this Supplement to Affidavit in Support of Default. On October 14, 2025, undersigned counsel served Defendant David Stockman, who is also the Resident Agent for Defendant Michigan Health Clinics, P.C., with Plaintiff's Amended Complaint (Redline and Clean Versions), Plaintiff's Employment Agreement marked as Exhibit 1, and Summonses to be issued to Defendants Brian Hart and Magdalena Perez. *See* ECF Doc. No. 18.[1] Only Defendant David Stockman responded to Plaintiff's Amended Complaint by filing an Emergency Motion to Strike, Transfer, and/or Dismiss Plaintiff's Amended Complaint in its Entirety, on November 7, 2025. *See* ECF Doc. No. 20. Defendant Michigan Health Clinics, P.C., did not file a response to Plaintiff's Amended Complaint, and has still not done so.

[1] On June 26, 2024, Plaintiff filed the original Complaint with this Honorable Court. ECF Doc. No. 1. Plaintiff served Defendants David Stockman and Michigan Health Clinics, P.C., with the Complaint on August 1 and 12, 2024, respectively. ECF Doc. Nos. 3-4. On September 11, 2024, this Honorable Court entered Default against Michigan Health Clinics, P.C. ECF Doc. No. 7.

Wherefore, for the reasons described herein as well as in the Affidavit in Support of Default, Plaintiff respectfully requests that Default be entered against Defendant Michigan Health Clinics, P.C.

Respectfully submitted

___________/s/______________________
James L. Ellison II, Esq. (Bar No. 1013008)
Ellison Sadri, LLC
2086 Generals Highway, Ste. 201
Annapolis, Maryland 21401
Tel: (410) 974-6000
Email: jellison@eslawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 5th day of January, 2026, a copy of the Affidavit in Support of Default and Supplement to Affidavit in Support of Default, was sent via first class mail to:

David Stockman
5775 McCarty Road
Saginaw, MI 48603
<dstockma4@icloud.com>
*Individual Defendant and*
*Resident Agent for Defendant Michigan*
*Health Clinics, P.C.*

Magdalena Perez
4355 Augustine St.
Saginaw, MI 48638
*Individual Defendant*

Brian Hart
3684 Lamplighter Dr.
Saginaw, MI 48603
*Individual Defendant*

___________/s/______________________
James L. Ellison II, Esq. (Bar No. 1013008)