Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

KISHORE JAYAKUMAR

Plaintiff(s)

v.

Civil Action: 24-cv-01842-ABJ

MICHIGAN HEALTH CLINICS, P.C. et al

Defendant(s)

**RE:** MICHIGAN HEALTH CLINICS, P.C.
doing business as MI HEALTH CLINIC doing business as MICHIGAN HEALTH CLINIC doing business as MICHIGAN HEALTH CLINICS doing business as MICHIGAN SKIN CLINIC doing business as MICHIGAN SKIN CLINICS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with the amended complaint on October 14, 2025, and an affidavit on behalf of the plaintiff having been filed, it is this 7th day of January, 2026 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens

Deputy Clerk