**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Kishore Jayakumar, | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 1:24-cv-1842-ABJ |
| Michigan Health Clinics, P.C., *et al.*, | * | |
| Defendants. | * | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to this Honorable Court's Minute Order entered on January 5, 2026, Plaintiff hereby submits the following Status Report with respect to Defendant Magdalena Perez.

On March 4, 2026, Plaintiff filed an Adversary Proceeding, Case No: 26-02010-dob, with the U.S. Bankruptcy Court for the Eastern District of Michigan, against Defendant Perez. She is required to file an Answer by April 3, 2026.

Date: March 25, 2026

Respectfully submitted,

___________/s/_____________________

James L. Ellison II, Esq. (Bar No. 1013008)
Ellison Sadri, LLC
2086 Generals Highway, Ste. 201
Annapolis, Maryland 21401
Tel: (410) 974-6000
Email: jellison@eslawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 25th day of March 2026, a copy of the instant Status Report was sent via this Honorable Court's CM/ECF System to David Stockman and Brian Hart, and via first class mail to Magdalena Perez as identified below:

David Stockman
5775 McCarty Road
Saginaw, MI 48603
<dstockma4@icloud.com>
*Individual Defendant and*
*Resident Agent for Defendant Michigan Health Clinics, P.C.*

Magdalena Perez
4355 Augustine St.
Saginaw, MI 48638
*Individual Defendant*

Brian Hart
3684 Lamplighter Dr.
Saginaw, MI 48603
<bphart34@gmail.com>
*Individual Defendant*

___________/s/_____________________
James L. Ellison II, Esq. (Bar No. 1013008)